JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSS STORES INC., a Delaware Corporation, and DOES 1 through 10 inclusive,<br><br>    Defendant. | CASE No. CV-11-05074 DMG (ARGx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [17]** |

2522.144\9986

The Plaintiffs having submitted a stipulation signed by Plaintiff, Moroccanoil, Inc. and Defendant Ross Stores Inc., by and through their undersigned counsel, the Court considers this case to be a proper one for a dismissal by court order pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS HEREBY ORDERED that the Complaint against Ross Stores Inc. is dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and expenses incurred herein, that that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: September 21, 2011

By: *Dolly M. Gee*
Honorable Dolly M. Gee
United States District Judge